*E-Filed 12/13/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JESSE CARABAY,            No. C 11-0289 RS (PR)

    Plaintiff,            **ORDER DENYING MOTION TO VACATE FILING DEADLINE**

    v.

MICHAEL C. SAYRE, et al.,

    Defendants.

    This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. The parties' stipulation and proposed order to vacate the deadline for filing a summary judgment motion (Docket No. 25), which the Court construes as a motion to vacate such deadline, is DENIED as unnecessary. As the order of service stated, defendants were to file a summary judgment motion <u>or</u> other dispositive motion within 90 days. As defendants have filed a motion to dismiss, they have filed a dispositive motion, and therefore there is at present no due date for a motion for summary judgment. If the motion to dismiss is denied, the Court will then direct defendants to file a summary judgment motion, and assign a filing deadline.

**IT IS SO ORDERED**.

DATED: December 13, 2011

                                              RICHARD SEEBORG
                                            United States District Judge